UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HERMENA M. JOHNSON | CIVIL ACTION |
| VERSUS | NO. 13-2629 |
| STATE FARM FIRE & CASUALTY CO.<br>& CARL W. MIXON d/b/a CARL W.<br>MIXON-STATE FARM INSURANCE | SECTION F |

ORDER AND REASONS

Before the Court is plaintiff's appeal of the magistrate judge's discovery order. For the reasons that follow, the appeal is DISMISSED as untimely.

Background

The facts of this case are more completely set forth in this Court's March 30, 2014 Order and Reasons. The facts pertinent to resolution of the pending motion are as follows:

This is a racial discrimination and retaliation case instituted by Hermena Johnson against her former employers, State Farm Fire and Casualty Company and State Farm Agent Carl Mixon. On May 1, 2014, Johnson moved to compel State Farm to respond to interrogatories and requests for production of documents, and on May 19, 2014, the magistrate judge denied the motion. Johnson now appeals the magistrate judge's order.

I.

A magistrate judge is afforded broad discretion in the

1

resolution of non-dispositive motions.  See Fed. R. Civ. P. 72(a); see also 28 U.S.C. § 636(b)(1)(A).  If a party objects to a magistrate judge's ruling on a non-dispositive matter, the Court will disturb the ruling only when it is "clearly erroneous or contrary to law."  See Fed. R. Civ. P. 72(a); see also Castillo v. Frank, 70 F.3d 382, 385 (5th Cir. 1995).  However, a party must file objections to the magistrate judge's order within 14 days after being served with a copy.  Fed. R. Civ. P. 72(a).

    Johnson appeals the magistrate judge's order denying her motion to compel discovery.  The order issued on May 19, 2014, but Johnson did not file her objections until June 3, 2014--15 days later.  Her objections are untimely.

    Accordingly, plaintiff's appeal is DISMISSED as untimely.

                    New Orleans, Louisiana, June 25, 2014

                    _____
                        MARTIN L. C. FELDMAN
                      UNITED STATES DISTRICT JUDGE